

*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*

---

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

*August 17, 2005*

*Susan Paradise Baxter*
*U.S. Magistrate Judge*
*U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, Pa. 15219*

*CASE #* **CA-05-0048 Erie**

*Dear Judge Baxter,*

*On* **06/08/05** *a letter requesting payment for service was mailed to* **Jay V. Yunik, EK-5560 at SCI Waymart, P.O. Box 256, Waymart, Pa. 18472-0256.**

*Attached is a copy of the letter. As of this date payment for service has/have not been received for defendant(s)* **Raymond Colleran, the Attorney General for the Commonwealth of Pa., and the Crawford County District Attorney**. *Therefore, service has not been attempted on this/these named defendant(s). Please advise this office if further action is taken or needs to be taken.*


*Sincerely,*

*Thomas M. Fitzgerald*
*United States Marshal*
*Western District of Pennsylvania*

*By: Sheila Blessing*
    *Administrative Assistant*
    *United States Marshals Service*
    *Western District Of Pennsylvania*