U.S. District Court
Western District of Pa.

Jay Yunik EK5560
801 Butler Pike
Mercer, Pa 16137

Judge Sean McLaughlin,

08-21-2005

I Jay Yunik, The petitioner in Civil Action CA. no. 05-48 Erie, respectfully requests to withdraw his Habeas Corpus appeal.

Jay V. Yunik